UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:06-CR-165 |
| | ) | (PHILLIPS/SHIRLEY) |
| JUAN FERNANDA BICKERSTAFF, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER EXTENDING TIME FOR COMMITMENT FOR
MENTAL EXAMINATION AND EVALUATION**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This Court has ordered the defendant to be evaluated on January 19, 2007, [Doc. 10]. After the evaluation was completed, on April 4, 2007, the Court found Mr. Bickerstaff incompetent to stand trial [Doc. 14]. Pursuant to that finding, the Court ordered that Mr. Bickerstaff receive further mental evaluation and treatment in an effort to restore him to competence [Doc. 14], and directed that the United States Marshals transport the defendant to a federal medical facility as designated by the Bureau of Prisons. Mr. Bickerstaff was delivered to the Bureau of Prison's Federal Medical Center at Butner, North Carolina ("FMC Butner") for evaluation.

The Court has now received a 17 page Forensic Psychological Report from FMC Butner Warden A. F. Beeler, as prepared by forensic psychologist Dr. Maureen L. Reardon. This matter is scheduled to come before the Court for a determination of Defendant Juan Bickerstaff's mental competency to stand trial. This competency hearing is presently scheduled for **Thursday,**

1

**September 13, 2007, at 9:30 a.m..**

Based upon the descriptions of his mental health treatment contained within the Forensic Evaluation Report, Juan Bickerstaff shall remain at the U.S. Bureau of Prison's Federal Medical Center at Butner, North Carolina, pending further written Order of this Court, for the purposes of continuing his mental health treatment. Specifically, the Court orders that Juan Bickerstaff remain at FMC Butner until such time as the competency hearing is conducted, with his attendance anticipated by video-conference.

**IT IS SO ORDERED.**

ENTER:

  s/ C. Clifford Shirley, Jr.
United States Magistrate Judge